UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re:
   Matthew P. Romstadt,                        CHAPTER 13
                                                      CASE NO: 19-45232
        Debtor(s).                            Hon. Phillip J. Shefferly
_____/

## **NOTICE TO WITHDRAW DOCKET NUMBER 15 AND 21**

TAKE NOTICE that debtor hereby withdraws his filing of Docket Numbers 15 and 21.

                                              Respectfully submitted,

Dated: 04/18/2019

                                            /s/ William C. Babut
                                          William C. Babut (P41099)
                                          Babut Law Offices, P.L.L.C.
                                          700 Towner Street
                                          Ypsilanti, MI 48198
                                          734-485-7000
                                          wbabut@babutlaw.com